**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 09-cr-00410-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HOWARD O. KIEFFER,

    Defendant.

---

**ORDER REGARDING CUSTODY OF EXHIBITS**

---

IT IS ORDERED that, at the conclusion of the Sentencing hearing held August 22, 2013, counsel for the parties shall retain custody of their respective exhibits until such time as all need for said exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

    DATED: August __22__, 2013

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge